IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 12/2/05
TIME: 9:40 AM
INITIALS: JPW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 05-20422-Ml & |
| STANFANY NICHOLS | ) 04-20015-Ml |
| Defendant. | ) |

## ORDER ON CHANGE OF PLEA

This cause came to be heard on December 2, 2005, the United States Attorney for this district, Tony Arvin, appearing for the Government and the defendant, Stanfany Nichols, appearing in person and with counsel, Art Quinn, who represented the defendant.

With leave of the Court, the defendant waived Indictment and entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

Indictment 04-20015 to be dismissed at sentencing as to Stanfany Nichols.

**SENTENCING** in this case is **SET** for **THURSDAY, MARCH 2, 2006, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 2 day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-5-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20422 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT